IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20114
Conference Calendar
_____

JIM RAY CHOATE,

Plaintiff-Appellant,

versus

SHERIFF SAN JACINTO COUNTY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-92-445
- - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Appellant appeals from the district court's judgment dismissing his civil rights suit under 42 U.S.C. § 1983 according to the jury's verdict in favor of defendant. He argues that the district court improperly admitted evidence of his murder conviction, that the defendant committed discovery abuses which affected his ability to contest the evidence, and that his trial counsel was ineffective. We have reviewed the record and the district court's rulings and find no reversible error. Accordingly, we AFFIRM.

_____

[*] Local Rule 47.5.1 provides: "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.